CALVIN GARLAND v. J. WALTER WRIGHT.

(Filed 3 December, 1930.)

APPEAL by defendant from *Harding, J.*, at April Term, 1930, of MITCHELL.

Civil action for specific performance of a written contract to convey a certain tract of land in consideration of a right of way over other lands, and to recover damages for trespass.

From a judgment in favor of plaintiff, with damages assessed at $90, the defendant appeals, assigning errors.

*Walter C. Berry and J. W. Pless for plaintiff.*
*McBee & McBee and T. C. Bowie for defendant.*

PER CURIAM. The appellant has failed to show that reversible error was committed on the trial. Hence, the verdict and judgment will be upheld.

No error.